UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Diane Clavette

v.                                    Civil No. 10-cv-580-JL

US Social Security Administration, Commissioner


O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 7, 2012, after reviewing the Commissioner's notice that he will not be filing an objection.  The failure to file any objection to the Report and Recommendation precludes any appeal of this case to the First Circuit Court of Appeals. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011) (citing United States v. Lugo Guerrero, 524 F.3d 5, 14 (1st Cir. 2008)); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection precluded on appeal).

SO ORDERED.


_____
Joseph N. Laplante
United States District Judge

February 10, 2012


cc:  Raymond Kelly, Esq.
     T. David Plourde, Esq.